STATE v. STEVENS

No. 46P86.

Case below: 78 N.C. App. 444.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. TORBIT

No. 788P85.

Case below: 77 N.C. App. 816.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 18 February 1986.

STATE v. WEAVER

No. 110A86.

Case below: 79 N.C. App. 244.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 4 March 1986.

STATE v. WHEELER

No. 725P85.

Case below: 70 N.C. App. 191.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 March 1986.

TAYLOR v. CREATIVE FOODS

No. 691P85.

Case below: 77 N.C. App. 461.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 18 February 1986.